United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRODUCE PAY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| FRESH ORGANIC VEGETABLE, INC. § | |
| a/k/a FRESH ORGANIC VEGETABLES, § | CIVIL ACTION NO. 7:21-cv-00402 |
| INC, URAQUI S.A. DE C.V., JOSE § | |
| NICOLAS CAMACHO TORO, DIANA § | |
| CONTRERAS TELLO, PAOLA § | |
| ALMAZAN, INVERORGANIC § | |
| PRODUCE S.A.P.I. DE C.V. § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers "Plaintiff's Response to Order to Show Cause."[1] Therein, "Plaintiff requests this Honorable Court to continue to [sic] pretrial conference set for February 11, 2022 at 9:00 a.m. (CST) or convert the hearing to require or permit telephonic or digital appearances."[2] Due to the ample continuance previously granted in this case, the Court **DENIES** Plaintiff's request to continue the initial conference and show cause scheduled for February 11, 2022 at 9 a.m. However, the Court **GRANTS** Plaintiff's request to appear remotely. Accordingly, the February 11, 2022 hearing will be available via the Zoom for Government videoconference application (www.zoomgov.com) for any party so wishing to participate. Courtroom business attire will be required of all attorneys during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on

---

[1] Dkt. No. 21.
[2] *Id.*

the device. The Court will communicate details regarding the methods of participation in the videoconference to the parties prior to the scheduled hearing. All parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of February 2022.

_____
Micaela Alvarez
United States District Judge